No. 166. GARDEN SUBURBS GOLF & COUNTRY CLUB, INC. *v.* MURRELL ET AL., RECEIVERS. C. A. 5th Cir. Certiorari denied. *A. Frank Katzentine* for petitioner. *R. H. Ferrell* for respondents.

No. 167. NATIONAL BANK OF COMMERCE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John R. Stivers* and *Hamilton E. Little* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for the United States.

No. 172. CAVANAUGH ET AL. *v.* GELDER ET AL., CONSTITUTING THE PENNSYLVANIA LIQUOR CONTROL BOARD. Supreme Court of Pennsylvania. Certiorari denied. *Abraham J. Levinson* for petitioners. *Charles J. Margiotti,* Attorney General of Pennsylvania, *Horace A. Segelbaum,* Deputy Attorney General, and *Harry F. Stambaugh* for respondents.

No. 173. McDANIEL ET VIR *v.* CALIFORNIA-WESTERN STATES LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Lloyd E. Elliott* for petitioners. *C. E. Bryson* for respondent.

No. 174. TERRELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Raymond E. Hackett* and *William H. Timbers* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 175. EL CAMPO RICE MILLING Co. *v.* MIRAVALLE SUPPLY Co., INC. C. A. 8th Cir. Certiorari denied.